Case No.  **CV 18-10096-JPR**                                      Date: **March 27, 2019**
Title:  **Jessica Hutfless v. Air France et al.**
========================================================================

**DOCKET ENTRY: Order to Show Cause re Service**
========================================================================

PRESENT:

          **HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:
  None present                                None present

## PROCEEDINGS: (IN CHAMBERS)

     On December 4, 2018, Plaintiff filed a paid civil Complaint raising personal-injury claims against Air France and Delta Air Lines, asserting jurisdiction under Article 33 of the Convention for the Unification of Certain Rules for International Carriage by Air.  Under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the Complaint on Defendants by no later than March 4 and file proof of service.  See also Fed. R. Civ. P. 4(l)(1) (requiring proof of service by affidavit).  She has not filed any proof of service, nor have Defendants appeared in any way.

     No later than seven days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to effect service and failure to prosecute.  If she does not timely respond, this lawsuit will likely be dismissed.